U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>v.<br>PRESIDENTIAL PAVILION, LLC; WEDGEWOOD NURSING PAVILION, LTD.; and DYNAMIC HEALTH CARE, INC. | FILED COPY: APRIL 08, 2008<br>08CV1995          DAJ<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEXINGTON INSURANCE COMPANY

| NAME (Type or print) |
|---|
| JEFFREY A. GOLDWATER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] |
| FIRM<br>Bollinger, Ruberry & Garvey |
| STREET ADDRESS<br>500 West Madison Street, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6189014 | 312.466.7224 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐