U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>v.<br>PRESIDENTIAL PAVILION, LLC; WEDGEWOOD NURSING PAVILION, LTD.; and DYNAMIC HEALTH CARE, INC. | FILED COPY: APRIL 08, 2008<br>08CV1995     DAJ<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEXINGTON INSURANCE COMPANY

| NAME (Type or print) |
|---|
| ROBERT A. CHANEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert A. Chaney |

| FIRM |
|---|
| Bollinger, Ruberry & Garvey |

| STREET ADDRESS |
|---|
| 500 West Madison Street, Suite 2300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128827 | 312.466.7274 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐