## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1995 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Lexington Insurance vs. Presidential Production | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/11/2008.  Leave granted Robert Dawczak to file an appearance on behalf of the defendant.  All disclosures required by Rule 26(a)(1) shall be made on or before  7/2//2008.   Defendant shall answer or plead on or before 7/28/2008.  Status hearing continued to 8/13/2008 at 9:30 a.m.
/s/Joan B. Gottschall,
Joan B. Gottschall, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|