## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: |
| LEXINGTON INSURANCE COMPANY | 08 CV 1995 |
| v. | |
| PRESIDENTIAL PAVILION, LLC., WEDGEWOOD NURSING PAVILION, LTD., and DYNAMIC HEALTHCARE INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PRESIDENTIAL PAVILION, LLC.**

| |
|---|
| NAME (Type or print) |
| Robert A. Dawczak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Robert A. Dawczak |
| FIRM |
| Myers Miller & Krauskopf, LLC |
| STREET ADDRESS: |
| 30 N. LaSalle St., Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210282 | 312-345-7233 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |